# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio Hall                                            Docket No. 5:24-CR-44-6

### Petition for Action on Conditions of Pretrial Release

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Antonio Hall, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 12th day of March, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been fully compliant with the conditions of release, which include an electronically monitored curfew, for nearly two years. In an effort to alleviate the cost associated with the electronic monitoring program and to recognize the defendant's compliance, it is recommended that the location monitoring component of his curfew requirement be removed. The U.S. Attorney's Office has been contacted, and they have no objection to this modification.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of release be modified as follows, to remove the following conditions:

> (p) participate in one of the following location monitoring programs and comply with its requirements as directed.
> (i) **Curfew.** You are restricted to your residence every day as directed by the pretrial services office or supervising officer.
> (q) submit to the following location monitoring technology and comply with its requirements as directed: (iii) Radio Frequency.
> (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann                      /s/ Danele N. Williams
Melissa K. Lunsmann                          Danele N. Williams
Supervising U.S. Probation Officer        U.S. Probation Officer
                                                        310 New Bern Avenue, Room 610
                                                        Raleigh, NC 27601-1441
                                                        Phone: 919-861-8807
                                                        Executed On: December 3, 2025

Antonio Hall
Docket No. 5:24-CR-44-6
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered on December 3, 2025. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge