UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-44-D-RN-6

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO HALL | ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING |

On September 29, 2026, defendant moved to continue sentencing. The government does not object. For good cause shown, the court GRANTS the motion. Sentencing is set for the December 2026 term of the court.

SO ORDERED, this 30 day of September, 2026.

J. Dever

JAMES C. DEVER III.
United States District Judge