UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-44-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO HALL | ORDER GRANTING MOTION TO SEAL DOCUMENT |

On September 29, 2026, defendant moved to file a document under seal. For good cause shown, the court GRANTS the motion to seal. Docket Entry 413 is SEALED.

SO ORDERED, this 30 day of September, 2026.

J. Dever

JAMES C. DEVER III.
United States District Judge